(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
05/18/2018
Clerk, U.S. District Court
Western District of Texas

By: __RRV__
Deputy

UNITED STATES OF AMERICA

vs.

(1) PEDRO RAMOS-PEREZ

Defendant.

§
§ CASE NUMBER: EP:18-M -03084(1) - MAT
§ USM Number:
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Pedro Ramos-Perez, was represented by counsel, Ramon Guadalupe Causer.

The defendant pled guilty to the complaint on May 18, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | May 08, 2018 |

As pronounced on May 18, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the **18th day of May, 2018.**

Executed: 05/21/2018

By: _United States Marshal Service_

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE