# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
05/09/2018
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:18-M -03084(1) - MAT |
| | § |
| (1) PEDRO RAMOS-PEREZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **05/08/2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Pedro RAMOS-Perez, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico through El Paso, Texas on May 08, 2018, by crossing the Rio Grande River approximately 0.1 miles east of the Ysleta Port of Entry, El Paso, Texas, which is in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

05/09/2018                          at   EL PASO, Texas
File Date                                City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) PEDRO RAMOS-PEREZ

FACTS   (CONTINUED)

The Defendant, Pedro RAMOS-Perez, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico through El Paso, Texas on May 08, 2018, by crossing the Rio Grande River approximately 0.1 miles east of the Ysleta Port of Entry, El Paso, Texas, which is in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

On May 8, 2018, at approximately 1:15 a.m., Border Patrol Agent Michael Stephenson saw nine individuals walking north from the Rio Grande River towards the border fence, approximately 0.1 miles east of the Ysleta Port of Entry in El Paso, Texas. Agent Stephenson approached the individuals, identified himself as a Border Patrol Agent, and questioned them as to their citizenship and nationality. One of the individuals, later identified as the DEFENDANT, Pedro RAMOS-Perez, admitted he was a citizen of Guatemala. After a brief field interview, the Agent determined that the DEFENDANT was not in possession of any immigration documents allowing him to be, enter, or remain in the United States legally. The individuals, to include the DEFENDANT were placed under arrest and transported to the Ysleta Border Patrol Station. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing his biographic information and fingerprints. The system returned with negative immigration history and negative criminal history. The DEFENDANT was advised and read his rights via Form I-214 which he acknowledged that he understood his rights by signing the form. The DEFENDANT waived his rights and provided a statement admitting he illegally entered into the United States. The DEFENDANT also admitted to being a citizen of Guatemala. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

# United States District Court
## Western District of Texas
## El Paso Division

**UNITED STATES OF AMERICA** §
§
§
vs. § No: EP:18-M -03084(1)
§
§
**(1) PEDRO RAMOS-PEREZ** §
§

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Ramon Guadalupe Lauser, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 10th day of May, 2018.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

bel

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   EP:18-M -03084(1) **MAT** |
| | § | |
| (1) PEDRO RAMOS-PEREZ | § | 8 USC 1325(a)(1) |
| *Defendant* | | |

## INITIAL APPEARANCE

On **May 10, 2018**, the defendant appeared in Open Court before U.S. Magistrate Judge **MIGUEL A. TORRES.  The defendant affirmed being the person named in the charging document.**

**The defendant was advised as follows:**

1) The nature of the charge against him/her;

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4) The right to a preliminary examination if not indicted;

5) The right to consideration of bail;

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   Counsel Appointed / Retained:   **CJA   Lauser, Ramon Guadalupe** , (915) 355-0177

**Next Hearing Date/Time :  Before U.S. Magistrate Miguel A. Torres**

( X )   **MISDEMEANOR ARRAIGNMENT/SENTENCE   May 18, 2018**  at  **10:00 AM**

   **525 Magoffin Avenue**, **El Paso, TX 79901**       Magistrate Courtroom, Room 712

**Bond**

( X )   Bond set at:  **$5K   C/CS**

**Interpreter Needed:**          Interpreter:Spanish         **Record FTR Gold**

**Time:**    2:45 - 3:05 =   20 minutes       **Arrest Date:**
                                                                    El Paso County

Arresting Agency:   El Paso Sector Border Patrol - Lopez, Carlos A.
Courtroom Deputy: Rita R Velez - (915) 834-0519

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number:  EP:18-M -03084(1) |
| (1) PEDRO RAMOS-PEREZ | § § | |

ORDER SETTING MISDEMEANOR ARRAIGNMENT/SENTENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **MISDEMEANOR ARRAIGNMENT/SENTENCE**, **May 18, 2018 at 10:00 AM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **05/10/2018.**

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
05/18/2018
Clerk, U.S. District Court
Western District of Texas

By: __RRV__
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §  CASE NUMBER: EP:18-M -03084(1) - MAT |
| vs. | §  USM Number: |
| | § |
| (1) PEDRO RAMOS-PEREZ | § |
| Defendant. | |

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Pedro Ramos-Perez, was represented by counsel, Ramon Guadalupe Lauser.

The defendant pled guilty to the complaint on May 18, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | May 08, 2018 |

As pronounced on May 18, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the **18th day of May, 2018.**

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE